# EXHIBIT B

INDEMCO
BOND LIST
Ex. B Bonds.xlsx

| Principal | Group | Producer | Bond No. | Penalty | Collateral | Start Date | Exp Date | Surety | Bond Form |
|---|---|---|---|---|---|---|---|---|---|
| WHITE MARLIN OPERATING CO | ROCKALL | LOCKTON (HOU) | B005114 | 2,190,000.00 | | 02/01/22 | 02/01/23 | USSIC | S-TX-P-5 |
| WHITE MARLIN OPERATING CO | ROCKALL | LOCKTON (HOU) | B005115 | 500,000.00 | | 08/17/22 | 08/17/23 | USSIC | L-TX-L&P |
| WHITE MARLIN OPERATING CO | ROCKALL | LOCKTON (HOU) | B009303 | 1,250,000.00 | | 03/19/22 | 03/19/23 | USSIC | S-LA-BLKT PLUGGING |
| WHITE MARLIN PETROLEUM LL | ROCKALL | LOCKTON (HOU) | B009482 | 1,385,213.00 | | 07/24/22 | 07/24/23 | USSIC | P-ON-CHEVRON |
| WHITE MARLIN OIL AND GAS C | ROCKALL | LOCKTON (HOU) | B009483 | 950,000.00 | | 07/24/22 | 07/24/23 | USSIC | P-ON-HILCORP |
| WHITE MARLIN OPERATING CO | ROCKALL | LOCKTON (HOU) | B009490 | 100,000.00 | | 07/24/22 | 07/24/23 | USSIC | L-TX-L&P |
| WHITE MARLIN MIDSTREAM LL | ROCKALL | LOCKTON (HOU) | B011583 | 1,750,000.00 | | 08/01/22 | 08/01/23 | USSIC | P-ON-ARROWHEAD |
| PETRO HARVESTER OPERATIN | ROCKALL | LOCKTON (HOU) | B012262 | 1,000,000.00 | | 09/06/22 | 09/06/23 | USSIC | P-ON-CHEVRON |
| PETRO HARVESTER OPERATIN | ROCKALL | LOCKTON (HOU) | B012263 | 1,000,000.00 | | 09/06/22 | 09/06/23 | USSIC | P-ON-CHEVRON |
| ROCKALL LA LLC | ROCKALL | LOCKTON (HOU) | B012265 | 14,338,000.00 | | 09/06/22 | 09/06/23 | USSIC | P-ON-BURLINGTON |
| | | | 10 | 24,463,213.00 | 0 | | | | |
| | | | 11 | 48,926,426.00 | | | | | |