# EXHIBIT D

**Mississippi Power**

July 19, 2022

US Specialty Insurance Company
13403 Northwest Freeway
Houston TX  77040

**RE: SURETY BOND NUMBER: B012260**

To Whom it May Concern:

A bond was held by Mississippi Power Company covering all accounts in the name of the principal Petro Harvester Operating Company LLC. These accounts were covered by said bond at the time they closed. Enclosed is a statement of account listing each and its final balance.

As of today, we are requesting payment in the amount of $292,374.98 be paid to Mississippi Power Company in compliance with the terms of the security. Payment may be mailed to 16080 Jim Bank Rd, Gulfport MS 39503.

If further information is needed, please do not hesitate to contact us at 1-800-532-1502 or email forms@mississippipower.com if it is more convenient. Thank you for your prompt attention to this matter.

Sincerely,


Mississippi Power
Billing Services


Enclosed

Received

JUL 25 2022

TMHCC - Claims

Case 4:22-cv-04262   Document 1-4   Filed on 12/09/22 in TXSD   Page 3 of 4



## STATEMENT OF ACCOUNT

Petro Harvester Operating Company LLC
5005 L B J FWY STE 700
DALLAS TX  75244

| Account No | Address | Final Balance |
|---|---|---|
| 05686-99007 | 1119 W 6TH ST, 2500 KVA WEST PAD LAUREL MS 39440 | $ 60,319.33 |
| 07772-06041 | 729 CONOCO LN, SWD 7 & 11 QUITMAN MS 39355 | $ 1,735.36 |
| 08612-06028 | 729 CONOCO LN, SHED QUITMAN MS 39355 | $ 39.69 |
| 09242-06011 | 729 CONOCO LN, WELL 4 QUITMAN MS 39355 | $ 43.94 |
| 09841-80029 | 1633 WAYNESBORO SHUBUTA RD, JULIUS WEST 18-13#1 WAYNESBORO MS 39367 | $ 54.43 |
| 10051-80022 | 1631 WAYNESBORO SHUBUTA RD, JULIUS WEST #1 ET AL WAYNESBORO MS 39367 | $ 59.97 |
| 14041-80026 | 1623 WAYNESBORO SHUBUTA RD, J A WEST #1 WAYNESBORO MS 39367 | $ 98.71 |
| 14251-80017 | 1629 WAYNESBORO SHUBUTA RD, JULIUS WEST 18-12#1 WAYNESBORO MS 39367 | $ 61.08 |
| 15301-80012 | 1575 WAYNESBORO SHUBUTA RD, GEORGIA PACIFIC #1 WAYNESBORO MS 39367 | $ 60.93 |
| 18451-80011 | 813 WALLER RIDGE RD, J T WEST 18-5 #1 WAYNESBORO MS 39367 | $ 1,262.71 |
| 18633-75045 | 2000 HIGHWAY 84 W, ROTO FLEX MOTOR LOAD LAUREL MS 39440 | $ 36,653.16 |
| 21039-77182 | 1119 W 6TH ST, 800 HP MTR NORTH PAD LAUREL MS 39440 | $ 26,305.85 |
| 22036-41269 | 1012 SANDERSVILLE HEIDELBERG RD, OIL EXTRACTION WELL 39477 | $ 6,298.60 |
| 22341-66077 | 1107 W 6TH ST LAUREL MS 39440 | $ 347.80 |
| 22761-67083 | 1119 W 6TH ST, NORTH PAD LAUREL MS 39440 | $ 17,670.81 |
| 31082-00016 | 91170 HIGHWAY 42 W RICHTON MS 39476 | $ 1,179.15 |
| 31712-00055 | 91148 HIGHWAY 42 RICHTON MS 39476 | $ 654.32 |
| 32731-79073 | 1804 JEFFERSON ST LAUREL MS 39440 | $ 10,836.41 |
| 33571-79075 | 1806 JEFFERSON ST LAUREL MS 39440 | $ 19,437.82 |
| 38571-79075 | 400 S 15TH AVE LAUREL MS 39440 | $ 2,383.18 |
| 48721-80075 | 2480 MOOSE DR LAUREL MS 39440 | $ 45.84 |
| 58141-79073 | 2000 HIGHWAY 84 W LAUREL MS 39440 | $ 25,175.96 |
| 58561-79073 | 2000 HIGHWAY 84 W, * LAUREL MS 39440 | $ 12,944.22 |
| 58981-79064 | 2000 HIGHWAY 84 W LAUREL MS 39440 | $ 143.89 |
| 61239-08034 | 2415 MOOSE DR, NEW LAUREL MS 39440 | $ 3,002.54 |
| 61831-67013 | 2 MTPLEASANTBAPTISTCHURCH RD SANDERSVILLE MS 39477 | $ 263.18 |
| 64651-80078 | 2303 HIGHWAY 84 W LAUREL MS 39440 | $ 34,895.36 |
| 88081-66072 | 401 N 12TH AVE, MAIN PAD HUDSONS SAL LAUREL MS 39440 | $ 102.24 |
| 88291-66072 | 402 N 12TH AVE, MAIN PAD HUDSONS SAL LAUREL MS 39440 | $ 30,298.50 |
| TOTAL | | $ 292,374.98 |

▲ Mississippi Power  Billing Services Bin 1087A
Post Office Box 4079
Gulfport, Mississippi 39502-4079

GULFPORT MS 395

21 JUL 2022 PM



ZIP 39501 $ 000.57⁰
02 4W
0000370034 JUL 21 2022

‎‏‎ Northwest Freeway
Houston TX 77040

**RE: SURETY BOND NUMBER: B012260**

7704036006

Received

JUL 25 2022

TMHCC - Claims