# EXHIBIT E

 **TOKIO MARINE**
**HCC**

**Surety Group**
801 S. Figueroa Street Suite 700
Los Angeles, CA 90017 USA
Tel: 310-649-0990

September 20, 2022

*VIA EMAIL & CERTIFIED MAIL*
*forms@mississippipower.com*

Mississippi Power Company
Billing Services
16080 Jim Bank Rd.
Gulfport, MS 39503

| Re: | Principal | : | **Petro Harvester Operating Company, LLC** |
|---|---|---|---|
| | Obligee | : | **Mississippi Power Company** |
| | Bond No. | : | **B012260 – Indemnity Bond for Electrical Service** |
| | **Bond Amount** | : | **$485,000.00** |

Attention Billing Services:

U.S. Specialty Insurance Company ("USSIC") is in receipt of your July 19, 2022 demand on bond B012260. Attached please find check number 0000286994 in the amount of $292,374.98, payable to "Mississippi Power Company" and tendered as full and final settlement of any and all claims against the bond.

We reserve all rights and defenses under the bond, the law or otherwise.

Very truly yours,

*M. Joseph Rosas, Esq.*

M. Joseph Rosas, Senior Bond Claims Attorney
On behalf of U.S. Specialty Insurance Company
Direct Dial: (310) 957-3048
Email: JRosas@tmhcc.com

Enclosure: Check Number 0000286994

**U.S. SPECIALTY INSURANCE CO** Member of HCC Surety Group
*Claims Disbursement Account*
**Check No:** 0000286994          **Check Amount:** $292,374.98          **Check Date:** 9/20/2022

Vendor ID/Vendor Name: 1180153772/ MISSISSIPPI POWER COMPANY

| CLAIM NUMBER | BOND NUMBER | PRINCIPAL | INVOICE DATE | INVOICE AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| IND-B012260 | B012260 | | 9/19/2022 | 292,374.98 | ANY AND ALL CLAIMS, FULL AND FINAL SETTLEMENT ROCKALL ENERGY, INC. BOND NO. B012260 |

MISSISSIPPI POWER COMPANY
16080 JIM BANK ROAD GULFPORT, MS 39503

| | |
|---|---|
| **Stub Total** | $292,374.98 |

---

**U.S. SPECIALTY INSURANCE CO** Member of HCC Surety Group
*Claims Disbursement Account*
**Check No:** 0000286994          **Check Amount:** $292,374.98          **Check Date:** 9/20/2022

Vendor ID/Vendor Name: 1180153772/ MISSISSIPPI POWER COMPANY

| CLAIM NUMBER | BOND NUMBER | PRINCIPAL | INVOICE DATE | INVOICE AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| IND-B012260 | B012260 | | 9/19/2022 | 292,374.98 | ANY AND ALL CLAIMS, FULL AND FINAL SETTLEMENT ROCKALL ENERGY, INC. BOND NO. B012260 |

| | |
|---|---|
| **Stub Total** | $292,374.98 |

---

HCC SERVICE COMPANY, INC. - CHECK IS VOID WITHOUT MICROPRINT ON CHECK BORDER, A TRUE WATERMARK ON BACK, AND THERMOCHROMIC INK.

**TOKIO MARINE HCC**

U.S. SPECIALTY INSURANCE CO
Member of HCC Surety Group
*Claims Disbursement Account*
801 SOUTH FIGUEROA STREET SUITE 700
LOS ANGELES, CA 90017

**WELLS FARGO BANK, NA**

Check No **0000286994**

56-382/412

Void After 180 Days

**Date** 9/20/2022

**Amount** ***$292,374.98

PAY ****TWO HUNDRED NINETY-TWO THOUSAND THREE HUNDRED SEVENTY-FOUR AND 98/100 DOLLARS****

TO
THE
ORDER
OF

MISSISSIPPI POWER COMPANY
16080 JIM BANK ROAD
GULFPORT, MS 39503

Rub Here

Authorized Signature

⑆0000286994⑆ ⑆041203824⑆ 967145113 7⑆

Sender:

TOKIO MARINE HCC - SURETY GROUP
801 SOUTH FIGUEROA STREET
STE 700
LOS ANGELES, CA 90017

9214 7904 3910 0109 3424 06

PS Form 3800, 7/14

**CERTIFIED MAIL**

**USPS CERTIFIED MAIL**

9214 7904 3910 0109 3424 06

9214 7904 3910 0109 3424 06
**RETURN TRACKING NUMBER**
9290 9904 3910 0109 3424 00

USA/CERTIFIED

*Patents 5,573,277 *
*5,697,648*
* 5,848,809*
*/USA CMF-073 04/15*

3-UP Laser Form

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐Addressee or ☐Agent)

X

B. Received by: (Please Print Clearly)

C. Date of Delivery

D. Addressee's Address(If Different From Address Used by Sender.)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City                    State     ZIP + 4 Code

**Article Addressed To:**

Mississippi Power Company
Billing Services
16080 Jim Bank Rd.
Gulfport, MS 39503

9290 9904 3910 0109 3424 00